ANTHONY J. PRIOLETTI et al., Respondents, *v.* LEONARD C. BOWMAN, Appellant.

County Court, Onondaga County, March 4, 1949.

*Anthony Smith* for respondents.

*William J. Rafter* for appellant.

BREED, J. Judgment affirmed, without opinion.